IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

OSCAR RUBEN SOTO MARQUEZ

DEBTOR

CASE NO. 15-04471/ESL

CHAPTER 7

**DEBTOR'S MOTION AND NOTICE OF FILING OF
AMENDED SCHEDULES "I" & "J" AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

**NOW COMES, OSCAR RUBEN SOTO MARQUEZ**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedules "I" & "J"**, dated July 16th, 2016, herewith and attached to this motion.

2. These amendments to Schedules "I" & "J" are filed _**to state debtor's actual income and expenses.**_

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 15-04471/ESL7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16th day of July, 2016.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX ~~186~~
CAGUAS PR 00726
TEL 787-744-7699
FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: OSCAR RUBEN SOTO MARQUEZ

Debtor 2 (Spouse, if filing): ___

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 3:15-bk-4471

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
___
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Technical Construction | |
   | Employer's name | Autoridad De Edificios Publicos | |
   | Employer's address | PO Box 41029<br>San Juan, PR 00940-1029 | |
   | How long employed there? | 23 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3,900.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ 3,900.00 | $ N/A |

Debtor 1  SOTO MARQUEZ, OSCAR RUBEN    Case number (if known) 3:15-bk-4471

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 3,900.00 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 493.92 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: Cuota Conserva | 5h.+ $ | 25.00 + $ | N/A |
|  | F Unidos |  $ | 4.00 | $ N/A |
|  | Org Policia |  $ | 20.00 | $ N/A |
|  | Retiro Hibrido |  $ | 390.00 | $ N/A |
|  | Seg Inc |  $ | 9.76 | $ N/A |
|  | Prestamo Retiro |  $ | 111.22 | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 1,053.90 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 2,846.10 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ N/A |
| 8e. | Social Security | 8e. $ | 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Christmas Bonus $2,500.00/12 | 8h.+ $ | 208.34 + $ | N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 208.34 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 3,054.44 + $ N/A = $ 3,054.44 |  |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies    12. $ 3,054.44
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2

**Fill in this information to identify your case:**

Debtor 1: OSCAR RUBEN SOTO MARQUEZ

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (If known): 3:15-bk-4471

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - ☒ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?   ☐ No
   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent.
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 22 | ☒ No  ☐ Yes |
   | Daughter | 18 | ☒ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - ☒ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 602.00

   If not included in line 4:
   - 4a. Real estate taxes   4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses   4c. $ 70.00
   - 4d. Homeowner's association or condominium dues   4d. $ 20.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                          Schedule J: Your Expenses                          page 1

Debtor 1   SOTO MARQUEZ, OSCAR RUBEN                           Case number (if known)   3:15-bk-4471

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 150.00
   - 6b. Water, sewer, garbage collection — 6b. $ 50.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 217.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 275.44
8. Childcare and children's education costs — 8. $ 150.00
9. Clothing, laundry, and dry cleaning — 9. $ 60.00
10. Personal care products and services — 10. $ 45.00
11. Medical and dental expenses — 11. $ 40.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 280.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 60.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). — 18. $ 700.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify:   Lunch At Work (Debtor) — 21. +$ 260.00
    Barber (Debtor) — +$ 35.00
    Emergency Funds — +$ 40.00
    — +$ 0.00

22. Calculate your monthly expenses.
    - 22a. Add lines 4 through 21. — $ 3,054.44
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,054.44

23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,054.44
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,054.44
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 0.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.  Explain here:

Official Form 106J                     Schedule J: Your Expenses                          page 2

**Fill in this information to identify your case:**

Debtor 1: OSCAR RUBEN SOTO MARQUEZ
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 3:15-bk-4471

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Oscar R. Soto Marquez
OSCAR RUBEN SOTO MARQUEZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date July 16, 2016

Date _____

```
Label Matrix for local noticing          Quantum3 Group LLC as agent for       SCOTIABANK DE PUERTO RICO
0104-3                                   Sadino Funding LLC                    FORTUNO & FORTUNO PAS
Case 15-04471-ESL7                       PO Box 788                            PO BOX 9300
District of Puerto Rico                  Kirkland, WA 98083-0788               SAN JUAN, PR 00908-0300
Old San Juan
Fri Jul 15 13:38:31 AST 2016

UNITED STATES TRUSTEE                    US Bankruptcy Court District of P.R.  Caribbean Finance
500 TANCA ST STE 301                     Jose V Toledo Fed Bldg & US Courthouse PO Box 9046
SAN JUAN, PR 00901-1922                  300 Recinto Sur Street, Room 109      Caguas, PR  00726-9046
                                         San Juan, PR 00901-1964


Caribbean Finance Retail Services        Claro                                 FIRST BANK
PO Box 9046                              PO Box 360998                         CONSUMER SERVICE CENTER
Caguas, PR  00726-9046                   San Juan, PR 00936-0998               BANKRUPTCY DIVISION-(CODE 248)
                                                                               PO BOX 9146, SAN JUAN PR. 00908-0146


First Bank Of Puerto Rico                GURA COOP                             Island Finance
PO Box 9146                              PO BOX 678                            PO Box 71504
San Juan, PR 00908-0146                  GURABO PR 00778-0678                  San Juan, PR 00936-8604


Midland Credit Management, Inc. as agent for  SANTANDER FINANCIAL D/B/A ISLAND FINANCE  SCOTIABANK
MIDLAND FUNDING LLC                      PO BOX 195369                         ATTY JUAN C FORTUNO
PO Box 2011                              SAN JUAN PR 00919-5369                PO BOX 13786
Warren, MI 48090-2011                                                          SAN JUAN PR 00908-3786


Scotiabank De Puerto Rico                Sistema De Retiro                     Syncb/Walmart
290 Jesus T Pinero Ave                   PO Box 42003                          PO Box 965024
Hato Rey, PR  00919                      San Juan, PR  00940-2203              Orlando, FL 32896-5024


MONSITA LECAROZ ARRIBAS                  NOREEN WISCOVITCH RENTAS              OSCAR RUBEN SOTO MARQUEZ
OFFICE OF THE US TRUSTEE (UST)           PMB 136                               HC 02 BOX 13320
OCHOA BUILDING                           400 CALAF STREET                      AGUAS BUENAS, PR 00703-9691
500 TANCA STREET  SUITE 301              SAN JUAN, PR 00918-1314
SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Quantum3 Group LLC as agent for       End of Label Matrix
Sadino Funding LLC                       Mailable recipients    21
PO Box 788                               Bypassed recipients     1
Kirkland, WA 98083-0788                  Total                  22
```